Lena Colvin, Respondent, v. James A. P. Ramsdell and Others, etc., Defendants. Henry P. Ramsdell, Individually, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Daniel C. Cunneen, Respondent, v. Lawrence J. Kennedy, Appellant.— Motion granted and judgment of dismissal directed to be entered in the office of the clerk of the Appellate Division pursuant to the Code of Civil Procedure, sections 1317, 1345. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam JJ.

Catherine Daley, as Administratrix, etc., Respondent, v. J. Ehrgott &. Company, Appellant.— Motion for stay denied, without costs. Present — Carr, Stapleton, Rich and Putnam, JJ.

Catherine Daley, as Administratrix, etc., Respondent, v. J. Ehrgott & Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Empire City Racing Association, Respondent, v. National Fair and Exposition Association, Inc., Appellant, and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Oscar Fried, Appellant, v. New York, New Haven and Hartford Railroad Company, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton and Putnam, JJ.; Thomas, J., not voting.

Edward J. Fulton, Respondent, v. Charles H. Ingalls, Defendant, and Richmond County Society for the Prevention of Cruelty to Children, Appellant.— Motion for leave to appeal to the Court of Appeals and to certify questions of law denied, without costs. Present — Carr, Stapleton, Rich and Putnam, JJ.

Charles G. Hottenroth, Respondent, v. The City of New York and Brooklyn Cooperage Company, Defendants. East River Terminal Railroad, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Carr, Stapleton, Rich and Putnam, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title for the Widening of Crescent Street, etc.— Motion to resettle order granted. Resettle order before the presiding justice on two days' notice. Motion to certify question to the Court of Appeals denied as unnecessary. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

In the Matter of the Probate of the Last Will and Testament of Virgilio Del Genovese, Deceased. Joseph Del Genovese, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J. Carr, Stapleton, Mills and Putnam, JJ.

In the Matter of Proving the Last Will and Testament of George W. Horton, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Carr, Stapleton, Rich and Putnam, JJ.